Robert E. Sabido, OSB No. 964168
rsabido@cvk-law.com
COSGRAVE VERGEER KESTER LLP
805 SW Broadway, 8th Floor
Portland, Oregon 97205
Telephone:   (503) 323-9000
Facsimile:   (503) 323-9019

Attorney for Defendant

## UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| COURTNEY BETHUNE,<br><br>Plaintiff,<br><br>v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.,<br><br>Defendant. | Case No. CV-11-200 BR<br><br>**STIPULATED JUDGMENT OF DISMISSAL** |

IT IS HEREBY STIPULATED by and between the parties that all of plaintiff's claims against defendant shall be dismissed with prejudice and without attorney fees or costs to either party.

DATED: July 6, 2011

TRIGSTED LAW GROUP, P.C.                                COSGRAVE VERGEER KESTER LLP


/s/ Joshua Trigsted                                              /s/ Robert E Sabido
Joshua Trigsted, OSB No. 065316                    Robert E. Sabido, OSB No. 964168
Attorneys for Plaintiff                                         Attorneys for Defendant

/ / /

/ / /

/ / /

/ / /

Page 1 -   **STIPULATED JUDGMENT OF DISMISSAL**                                            SJOD

Based on the parties' stipulation, it is

ADJUDGED that all of plaintiff's claims against defendant are dismissed with prejudice and without attorney fees or costs to either party.

DATED: ~~July~~ August 19, 2011

_____
Anna J. Brown
United States District Court Judge

Page 2 -   **STIPULATED JUDGMENT OF DISMISSAL**   SJOD

COSGRAVE VERGEER KESTER LLP
Attorneys
805 SW Broadway, 8th Floor
Portland, OR 97205
(503) 323-9000

## CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the foregoing **STIPULATED JUDGMENT OF DISMISSAL** on the date indicated below by:

- ☐ mail with postage prepaid, deposited in the US mail at Portland, Oregon,
- ☐ hand delivery,
- ☐ facsimile transmission,
- ☐ overnight delivery,
- ☒ electronic filing notification.

If served by facsimile transmission, attached to this certificate is the printed confirmation of receipt of the document(s) generated by the transmitting machine. I further certify that said copy was placed in a sealed envelope delivered as indicated above and addressed to said attorney(s) at the address(es) listed below:

Joshua Trigsted
Trigsted Law Group, P.C.
5200 SW Meadows Road, Suite 150
Lake Oswego, OR 97035
    Attorneys for Plaintiff

DATED: July 6, 2011

/s/ Robert E. Sabido
Robert E. Sabido

Page 1 - **CERTIFICATE OF SERVICE**

SJOD